UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

COLONY INSURANCE COMPANY,

        Plaintiff,

        - against -

DANICA GROUP, LLC,

        Defendant.
----------------------------------------------------------------X

**JUDGMENT**
13-CV-1714 (RRM) (MDG)

A Memorandum and Order of the undersigned having been filed this day dismissing this action, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's first through twenty-seventh causes of action are dismissed with prejudice, and plaintiff's twenty-eighth cause of action is dismissed without prejudice.

Dated: Brooklyn, New York
       September 8, 2014

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge